IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH RUSSELL JUDD,** : | |
| Plaintiff, : | **CIVIL ACTION NO. 11-3849** |
| : | |
| v. : | |
| : | |
| **DEPARTMENT OF STATE FOR THE** : | |
| **COMMONWEALTH OF PA., et al.,** : | |
| Defendants. : | |
| : | |

**O R D E R**

**AND NOW**, this 1st day of August 2012, upon receipt of Plaintiff's Motion for Relief from Judgment or Order Under the Twenty-Fourth Amendment [Doc. No. 11], and upon review of the Docket in this case, the Court finds it is without jurisdiction to rule on Plaintiff's Motion as Plaintiff has not filed a Complaint,[1] and thus has not properly raised a case and controversy upon which the Court can grant relief. Accordingly, Plaintiff's Motion is **DENIED.**

This case shall remain **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**

---

[1] The case was closed on June 21, 2011, as Plaintiff had failed to pay the filing fee or properly request *in forma pauperis* status. On November 17, 2011, Plaintiff's Motion to Reopen and Stay proceedings was also denied for failure to pay the filing fee or properly request *in forma pauperis* status. This deficiency was never corrected, and no complaint has ever been filed.